# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130340

KING OF THE WIND FARMS, INC.,
　　　Plaintiff-Appellant,

v

MICHIGAN COMMISSION OF
AGRICULTURE and MICHIGAN
DEPARTMENT OF AGRICULTURE,
　　　Defendants-Appellees.

SC: 130340
COA: 257097
Ingham CC: 03-002015-AW

_____/

　　　On order of the Court, the application for leave to appeal the December 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

d0424